UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL - 2 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:14CR212 AGF/NAB** |
| | ) | |
| ERIC A. HILKENKAMP, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about January 2, 2014, within the Eastern District of Missouri,

## ERIC A. HILKENKAMP,

the Defendant herein, in a matter affecting interstate commerce, knowingly transferred,

possessed, and used, without lawful authority, the means of identification of another, that being

the name and account number of N.C., with the intent to commit, and in connection to the crimes

of: forgery, Missouri Statutes 570.030; theft of mail, Title 18, United States Code, Section

1028(a)(7); and, bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 2

The Grand Jury further charges:

On or about January 4, 2014, within the Eastern District of Missouri,

## ERIC A. HILKENKAMP,

the Defendant herein, in a matter affecting interstate commerce, knowingly transferred,

possessed, and used, without lawful authority, the means of identification of another, that being

the name and account number of K.M., with the intent to commit, and in connection to the

crimes of: forgery, Missouri Statutes 570.030; theft of mail, Title 18, United States Code,

Section 1028(a)(7); and, bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 3

The Grand Jury further charges:

On or about January 4, 2014, within the Eastern District of Missouri,

## ERIC HILKENKAMP,

the Defendant herein, did receive, conceal, and unlawfully have in his possession mail of T.L.

which had been stolen and taken from a mail route and mail carrier, then knowing the articles to

have been stolen and taken.

2

In violation of Title 18, United States Code, Sections 1708 and 2.

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

TRACY L. BERRY, 014753 TN
Assistant United States Attorney

3